UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Dipakkumar B. P.,<br><br>　　　　Petitioner,<br><br>v.<br><br>Kristi Noem, Secretary, *U.S. Department of Homeland Security*; and Mike Stakso, *Jail Administrator, Freeborn County Jail, Minnesota*,<br><br>　　　　Respondents. | File No. 25-cv-3167 (ECT/DJF)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION** |

Magistrate Dulce J. Foster issued a Report and Recommendation on September 12, 2025. ECF No. 14. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based on all the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1.　　The Report and Recommendation [ECF No. 14] is **ACCEPTED**; and

2.　　Petitioner's Petition for Writ of Habeas Corpus, Writ of Mandamus, and Complaint for Declaratory Judgment, and Injunctive Relief for an Order to Show Cause [ECF No. 1] is **DENIED.**

　　　　　　**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  October 3, 2025　　　　　　　　　　s/ Eric C. Tostrud
　　　　　　　　　　　　　　　　　　　　　　Eric C. Tostrud
　　　　　　　　　　　　　　　　　　　　　　United States District Court