# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Dipakkumar Baldevbhai Patel, | **JUDGMENT IN A CIVIL CASE** |
| Petitioner, | |
| v. | Case Number: 25-cv-3167 (ECT/DJF) |
| Kristi Noem, Mike Stasko, | |
| Respondents. | |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Report and Recommendation [ECF No. 14] is **ACCEPTED**; and

2. Petitioner's Petition for Writ of Habeas Corpus, Writ of Mandamus, and Complaint for Declaratory Judgment, and Injunctive Relief for an Order to Show Cause [ECF No. 1] is **DENIED.**

Date: 10/6/2025                                                                 KATE M. FOGARTY, CLERK